84,341-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 1 5 2015

Abel Acosta, Clerk

IN THE TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 1441832

EX PARTE                              § REAL PARTY IN

TREVION DANTE NAVY § INTEREST:

Applicant

                                      § TREVION DANTE NAVY

TREVION DANTE NAVY'S ORIGINAL APPLICATION
FOR WRIT OF HABEAS CORPUS PURSUANT
TO ART. 11.29 TEX. CODE CRIM. PROC.

To The Honorable Judges of Said Justice Cart:
Comes now, Trevion Navy, Ex Parte, and
brings this his great writ of habeas Corpus.
And in doing so, applicant shall show the this
court the following.

JURISDICTION

Navy, Ex Parte, brings this writ pursuant to
Art. 11.29, 11.46, 11.43, 32.01, 11.40, of Tex.
Code Crim. Proc. (V.T.C.A.) United States
Constitution 14TH Amend. Sec. I

## CONCISE FACTS

### I

On or about 11-13-14, the applicant was charged with a felony offense of the 1ST degree of Aggravated Robbery.

### II

On 11-9-15 the applicant filed proper remedy motion to dismiss prosecution, because no indictment has been presented during next grand jury term.

### III

On 11-17-2015, the applicant was still incarcerated so did applicant filed a pre-trial writ of habeas Corpus pursuant to Art. 11.40 (Tex. Code C rim. Proc.)

### IV

Applicant, through Harris County district Clerk Chris Daniel's website, has found that applicant's judge did grant such writ. But, statute requires a return be made.

### V

Since no return has been made, applicant's liberty and "due process" remains violated.

### VI

Evidence lacks from prosecution to convict applicant, which is why applicant has not been indicted.

## ARGUMENTS WITH AUTHORITIES

Art. 11.29 Tex. Code Crim. Proc. states " The person on whom the writ of habeas corpus is served shall immediately obey the same, and make the return required by law upon the copy of the original writ served on him and this whether the writ be directed to him or not."

Art. 11.46 Tex. Code Crim. Proc. states " Where upon an examination under habeas corpus, a judge or court it appears there is probable cause to believe that an offense has been committed by the prisoner, he shall not be discharged, but shall be committed or admitted to bail."

Where in this case an examination under habeas corpus has not been given as required, Art. 11.01 Tex. Code Crim. Proc. Case lacks sufficiency.

Art. 11.43 Tex. Code Crim. Proc. states " No presumption of guilt arises from the mere fact that a criminal accusation has been made before a competent authority."

Which in this case a presumption of only hearsay, and lack of evidence support reasons why no indictment exist.

under Art. 32.01. Defendant in Custody and no indictment presented-states "trial court is authorized to dismiss indictment with prejudice under the following circumstances: trial court sets aside, quashes, or dismisses indictment for defect of or substance; trial court dismisses indictment when defendant has been denied constitutional right to speedy trial; or, pursuant to Code of Criminal procedure provision, accused is detained and no charging instrument is properly presented. State v. Terrazas (App. 8 Dist. 1996) 933 S.W.2d 263, rehearing overruled, petition for discretionary review granted, reversed 962 S.W.2d 38, on remand 970 S.W.2d 157. Indictment and Information Key 144.2."

Art. 11.40 Tex. Code Crim. Proc. States "The Judge or Court before whom a person is brought by Writ of habeas Corpus shall examine the Writ and the papers attached to it; And if no legal Cause be shown for the imprisonment or restraint, or if it appear that the imprisonment or restraint, Thought at first legal, Cannot for any Cause be lawfully prolonged, The applicant shall be discharged."

United States Constitution 14TH Amend. Sec. 1 States "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or

immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## PRAYER

Wherefore, Applicant prays that this Honorable Court grants such writ on grounds that a return must be made, so lawfulness and unlawfulness can be determined, which in this case illegal restraint shall be abolished, and liberty can be secure.

## VERIFICATION
## UNSWORN DECLARATION

I, Trevion Dante Navy, Spin # 02763719, being presently incarcerated at the Harris County Jail, in Harris County, Texas, declares under penalty of perjury that the foregoing instrument is true and correct to the best of my knowledge. Pursuant to Federal Law (28 U.S.C. 1746) and State Law (V.T.C.A.) Civil Practice and Remedies Code 132.001-132.003)

Executed on this 10TH DAY OF December, 2015

_Trevion Navy_
Signature of Applicant